U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 0 2022

CLERK U.S. DISTRICT COURT
By: _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-775 |
| CHRISTOPHER ALLEN HINSLEY | |

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On or about September 3, 2022 in the Northern District of Texas, **Christopher Allen HINSLEY**, the defendant, did knowingly escape from the custody of the Attorney General and his authorized representative in that the defendant did knowingly escape from the Bureau of Prisons while under a sentence imposed by United States District Judge Reed O'Connor, by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon revocation of supervised release after a conviction for the commission of Felon in Possession of a Firearm, in case number 4:19-CR-343.

In violation of 18 U.S.C. § 751(a).

**Introduction:**

1. I, Logan Walker, being duly sworn, do hereby depose and state that I am a Deputy United States Marshal for the Northern District of Texas and authorized to enforce the laws of the United States of America, including but not limited to investigations to locate and apprehend federal fugitives.

2.      I have been employed with the United States Marshals Service since 2010 and am currently assigned to the Fort Worth Division. I successfully completed the Criminal Investigator Training Program (CITP), and the Basic Deputy Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During my time of employment, I have investigated various offenses, including but not limited to, Federal Escape, Fugitive Supervised Release Violations, Dangerous Drugs, Failure to Register as a Sex Offender, and Felon in Possession of Firearms.

3.      The information contained in this affidavit, is based on my personal knowledge and information provided to me by other law enforcement officers, and is provided for the limited purpose of demonstrating probable cause to support the issuance of a criminal complaint. This affidavit; therefore, does not summarize all the facts known to me or other law enforcement agents and officers at this time.

**Probable Cause:**

4.      On April 1, 2020, Christopher Allen **HINSLEY** was sentenced by United States District Judge Reed O'Connor, in case number 4:19-CR-343, in the Northern District of Texas for Felon in Possession of a Firearm. Upon conviction for the commission of Felon in Possession of a Firearm, **HINSLEY** was ordered committed to the custody of the United States Bureau of Prisons (BOP) for a term of 30 months and three years of supervised release.

5. On March 25, 2022, **HINSLEY**'s federal supervised release was revoked by United States District Judge Reed O'Connor. **HINSLEY** was ordered committed to the custody of the BOP for a seven-month term of imprisonment.

6. On September 3, 2022, at 1:30 a.m., staff at Volunteers of America Residential Reentry Center, a BOP facility, located at 2710 Avenue J, Fort Worth, Texas 76105 completed a head count of the facility and **HINSLEY** was not located. BOP then issued a Notice of Escaped Federal Prisoner to the United States Marshals Service. **HINSLEY** was lawfully committed to the custody of the BOP when he escaped custody.

7. Based on my training, education, and experience, and the information provided to me, there is probable cause that Christopher Allen **HINSLEY**, a person lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of a United States District Court, did knowingly and unlawfully escape from custody in violation of 18 U.S.C § 751(a).

Deputy Logan Walker
United States Marshals Service

Sworn to before me, and subscribed in my presence on September 20, 2022 at 1:32 a.m./p.m. in Fort Worth, Texas.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE